AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of the Virgin Islands

| United States of America | ) |
|---|---|
| v. | ) |
| RICHARDSON DANGLEBEN, JR., | ) Case No. |
|  | )       2023-mj-_____ |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of      July 4, 2023      in the county of      St. Thomas      in the
District of      the Virgin Islands     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 14 V.I.C. §§ 921 and 922(a)(3)(A)(i) | First Degree Murder of a Virgin Islands Police Officer while Engaged in the Performance of his Official Duties |
| 18 U.S.C. § 922(k) | Possession of a Firearm with a Removed, Obliterated or Altered Serial Number |

This criminal complaint is based on these facts:
See attached affidavit of VIPD Lieutenant/FBI Task Force Officer Richard Dominguez

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Lt. Richard Dominguez, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 7, 2023

_____
*Judge's signature*

City and state:      St. Thomas, Virgin Islands           Ruth Miller, United States Magistrate Judge
*Printed name and title*