IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS
SAINT THOMAS DIVISION

| | |
|---|---|
| United States of America<br>*Plaintiff,*<br><br>v.<br><br>Richardson Dangleben, Jr.<br>*Defendant.* | Criminal No. 3:23-0072-RAM-GAT |

### Notice of Filing

Richardson Dangleben, Jr., hereby provides notice of filing undersigned counsel's letter of March 27, 2025 (*see* Attachment A), as referenced in the government's response to Mr. Dangleben's supplemental brief. (*See* ECF No. 148 at 2).

Dated: April 7, 2025                             Respectfully submitted,

                                                                 MATTHEW CAMPBELL
                                                                 FEDERAL PUBLIC DEFENDER

                                                                 *s/ Matthew Campbell*
                                                                 MATTHEW CAMPBELL
                                                                 Federal Public Defender's Office
                                                                 1336 Beltjen Road, Suite 202
                                                                 Charlotte Amalie, VI 00802
                                                                 Tel (340) 774-4449
                                                                 Fax (340) 776-7683
                                                                 E-mail: Matt_Campbell@fd.org