IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,

v.

RICHARDSON DANGLEBEN, JR.,

Defendant.

Case No. 23-cr-72

### NOTICE OF INTENT TO SEEK THE DEATH PENALTY

The United States of America, by and through its undersigned counsel and pursuant to 18 U.S.C. § 3593(a), notifies the Court and Defendant **RICHARDSON DANGLEBEN, JR.** that the United States believes the circumstances in Count One of the Superseding Indictment (Use of a Firearm During a Crime of Violence Resulting in Death) are such that, in the event of a conviction, a sentence of death is justified under 18 U.S.C. § 3591, *et seq.*, and that the United States will seek the sentence of death for this offense.

The United States proposes to prove the following factors as justifying a sentence of death with regard to Count One:

1. Defendant **RICHARDSON DANGLEBEN, JR.** was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a)).

2. The government will prove the following intent factors enumerated under 18 U.S.C. § 3591(a)(2)(A)–(D) in justifying a sentence of death:

    a. **RICHARDSON DANGLEBEN, JR.** intentionally killed the victim (18 U.S.C. § 3591(a)(2)(A));

  b. **RICHARDSON DANGLEBEN, JR.** intentionally inflicted serious bodily injury that resulted in the death of the victim (18 U.S.C. § 3591(a)(2)(B));

  c. **RICHARDSON DANGLEBEN, JR.** intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C)); and

  d. **RICHARDSON DANGLEBEN, JR.** intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than a participant in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D)).

3. The government will prove the following statutory aggravating factors enumerated under 18 U.S.C. § 3592(c) in justifying a sentence of death:

  a. **RICHARDSON DANGLEBEN, JR.** in the commission of the offense, or in escaping apprehension for the violation of the offense, knowingly created a grave risk of death to one or more persons in addition to the victim of the offense (18 U.S.C. § 3592(c)(5); and

  b. **RICHARDSON DANGLEBEN, JR.** intentionally killed or attempted to kill more than one person is a single criminal episode (18 U.S.C. § 3592(c)(16).

4. Pursuant to 18 U.S.C. § 3593(a), the government will prove the following other aggravating factors in justifying a sentence of death:

  a. **RICHARDSON DANGLEBEN, JR.**, caused injury, harm, and loss to the victim, as well as to the family and friends of the victim. The injury, harm, and loss caused

2

by **RICHARDSON DANGLEBEN, JR.** with respect to the victim is evidenced by the victim's personal characteristics and by the impact of the victim's death upon his family and friends;

  b. **RICHARDSON DANGLEBEN, JR.** committed other charged crimes of violence: the Attempted First Degree Murder and/or First Degree Assault and/or Third Degree Assault, as charged in Count 10, 11 and 12 of the Superseding Indictment;

  c. **RICHARDSON DANGLEBEN, JR.** participated in additional uncharged crime: the homicide of Keith Jennings occurring on February 24, 2023;

  d. In committing the crime charged in Count One of the Superseding Indictment **RICHARDSON DANGLEBEN, JR.** targeted a law enforcement officer acting in the line of duty; and

  e. **RICHARDSON DANGLEBEN, JR.**, was on pretrial release from a violent crime at the time he committed the crime charged in Count One of the Superseding Indictment.

               Respectfully submitted,

               ADAM F. SLEEPER
               ACTING UNITED STATES ATTORNEY

Dated: May 21, 2025     By: */s/* Michael J. Conley
               Michael J. Conley
               Criminal Chief
               Assistant United States Attorney
               U.S. Attorney's Office
               District of the Virgin Islands
               Ron de Lugo Federal Building
               5500 Veterans Drive
               St. Thomas, VI 00802
               Telephone: 340-774-5757
               Michael.Conley@usdoj.gov