DECLARATION OF MATTHEW RUBENSTEIN REGARDING PREPARATION TIME IN CASES AUTHORIZED FOR THE DEATH PENALTY

1. I serve as the Director of the Capital Resource Counsel (CRC) project. The Capital Resource Counsel and the Federal Death Penalty Resource Counsel (FDPRC) projects comprise the Federal Capital Trial Project (or "Trial Project").[1] Established in early 1992, a core function of the Trial Project is to provide consultation, training, and assistance to counsel and courts to improve the quality of representation and the cost-effectiveness of defense services in federal capital prosecution cases.[2] I joined the Trial Project in 2010 as a Capital Resource Counsel and became the Director of the Capital Resource Counsel (CRC) project in 2015. The Trial Project is funded and administered by the Defender Services Office of the Administrative Office of the United States Courts.

2. My responsibilities as the Director of the Capital Resource Counsel Project include the monitoring of all federal capital prosecutions throughout the United States to assist in the delivery of adequate defense services to indigent capital defendants in such cases. This effort

---

[1] The Trial Project assigns a CRC or FDPRC attorney to work with the defense team in every federal capital eligible case as a "resource counsel." In their role as resource counsel, the CRC attorneys (full-time salaried federal defender staff) and FDPRC attorneys (part-time contractors) are not counsel of record; rather, they provide advice, assistance, and helpful information and resources to the defense team. In addition to their work as resource counsel, the CRC attorneys often serve as death-qualified "learned" counsel as part of their Project responsibilities; and the FDPRC attorneys are often appointed to serve as "learned" counsel as CJA counsel outside their role with the Project.

[2] The work of the Trial Project is described in a report prepared by the Subcommittee on Federal Death Penalty Cases, Committee on Defender Services, Judicial Conference of the United States, *Federal Death Penalty Cases: Recommendations Concerning the Cost and Quality of Defense Representation* (May 1998), at 28 – 30, http://www.uscourts.gov/sites/default/files/original_spencer_report.pdf [Perma.cc archive: https://perma.cc/SU25-GWMV]. The Subcommittee report "urges the judiciary and counsel to maximize the benefits of the Federal Death Penalty Resource Counsel Project . . . , which has become essential to the delivery of high quality, cost-effective representation in death penalty cases . . . ." *Id.* at 50.

An update to the Report states: "Many judges and defense counsel spoke with appreciation and admiration about the work of Resource Counsel. Judges emphasized their assistance in recruiting and recommending counsel for appointments and their availability to consult on matters relating to the defense, including case budgeting. Defense counsel found their knowledge, national perspective, and case-specific assistance invaluable." *Report to the Committee on Defender Services, Judicial Conference of the United States, Update on the Cost and Quality of Defense Representation in Federal Death Penalty Cases* (September 2010) at 63. https://www.uscourts.gov/sites/default/files/fdpc2010.pdf [Perma.cc archive: https://perma.cc/LPH6-K8QB].

includes overseeing the collection of data on the initiation and prosecution of federal capital cases.[3]

3. Pursuant to my responsibilities with the Federal Capital Trial Project, I have compiled the information in Exhibit A regarding proceeding in federal capital cases in the regular course of the business of the Federal Capital Trial Project. Forty-two defendants were authorized for a capital prosecution and began a federal capital trial since 2010. From this group, five cases were excluded from the time calculation because of extended delays in the cases caused by a retrial or the COVID pandemic.[4]

4. The average time between the capital indictment and the authorization of a capital prosecution by the Attorney General is 14 months. The average time between the authorization of a capital prosecution and the start of trial is 28 months. The average time between the capital indictment and the start of trial is 42 months.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. §1746, that the foregoing is true and correct. Executed this 27th day of May 2025.

    /s/ Matthew Rubenstein
    Matthew Rubenstein

---

[3] In order to carry out the duties entrusted to me, I rely on the data gathered by Kevin McNally who served as Resource Counsel with FDPRC since the inception of the Trial Project in January 1992, served as the Director of FDPRC between 2007 and 2018, and continued overseeing the collection of data on the initiation and prosecution of federal capital cases until 2024 when I took over this responsibility. This information is gathered from a variety of sources including PACER case dockets and case filings, transcripts, the Administrative Office of the United States Courts, Department of Justice press releases, Federal Defender offices and CJA counsel, and information gathered and received from Federal Capital Trial Project Resource Counsel. This information is regularly updated and checked for accuracy. The Project's information regarding federal capital prosecutions has been relied upon by the Administrative Office of the United States Courts, by the Federal Judicial Center and by various federal district courts.

[4] These cases involved a retrial (George Lecco, No. 2:05-CR-00107 (S.D.W. Va.), Ronell Wilson, No. 1:04-CR-01016-NGG (E.D.N.Y.), and Gary Lee Sampson, No. 1:01-CR-10384-LTS (D. Mass.)) and these cases were delayed because of the COVID pandemic (Sayfullo Habibullaevic Saipov, No. 1:17-CR-00722-VSB (S.D.N.Y.), Robert Bowers, No. 2:18-CR-00292-DWA (W.D. Pa.)).

Federal Capital Trial Project

Case: 3:23-cr-00072-RAM-GAT   Document #: 179-1   Filed: 06/20/25   Page 3 of 3
Case 1:22-cr-00409-SAG   Document 101-4   Filed 05/27/25   Page 3 of 3

Exhibit A

| Defendant | Docket No. | Status | Cap. Ind. to Auth | Auth. to Trial | Cap. Ind. to Trial | Indictment - w Capital Counts | Authorization - Yes | Trial - Voir Dire Start [Sort column] |
|---|---|---|---|---|---|---|---|---|
| Phillips, Maurice | E.D. PA No. 2:07-CR-00549-JCJ | Life sentence from jury | 20 | 8 | 28 | 9/12/2007 | 5/6/2009 | 1/4/2010 |
| Argueta, Antonio Roberto | D. MD No. 8:05-CR-00393-DKC | Life sentence from jury | 13 | 32 | 45 | 4/3/2006 | 5/8/2007 | 1/12/2010 |
| Duong, Anh The | N.D. CA No. 5:01-CR-20154-JF | Life sentence from jury | 32 | 69 | 101 | 9/26/2001 | 5/13/2004 | 2/23/2010 |
| Umana, Alejandro Enrique Ramirez | W.D. NC No. 3:08-CR-00134-RJC | Death Sentence - Clemency | 3 | 18 | 21 | 6/23/2008 | 9/23/2008 | 3/22/2010 |
| Lecco, George* | S.D. WV No. 2:05-CR-00107 | Death Sentence - Motion for New Trial Granted by Judge - Life Sentence by Jury | | | | 10/18/2005 | 8/16/2006 | 4/5/2010 |
| Garcia, Edgar Baltazar | E.D. TX No. 1:09-CR-00015-MAC-KFG All | Death Sentence - Clemency | 1 | 14 | 15 | 1/21/2009 | 2/13/2009 | 4/6/2010 |
| Snarr, Mark | E.D. TX No. 1:09-CR-00015-MAC-KFG All | Death Sentence - Clemency | 1 | 14 | 15 | 1/21/2009 | 2/13/2009 | 4/6/2010 |
| O'Reilly, Timothy | E.D. MI No. 2:05-CR-80025-VAR-RSW | Life sentence from jury | 20 | 43 | 63 | 3/3/2005 | 11/1/2006 | 6/8/2010 |
| Basciano, Vincent | E.D. NY No. 1:05-CR-00060-NGG | Life sentence from jury | 26 | 47 | 73 | 1/26/2005 | 4/2/2007 | 3/1/2011 |
| Aquart, Azibo | D. CT No. 3:06-CR-00160-SRU | Death Sentence Reversed - Authorization Withdrawn | 32 | 26 | 58 | 6/6/2006 | 1/29/2009 | 4/6/2011 |
| Lujan, Larry | D. NM No. 2:05-CR-00924-RB | Life sentence from jury | 27 | 47 | 74 | 4/27/2005 | 7/12/2007 | 6/20/2011 |
| Richardson, Brian | N.D. GA No. 1:08-CR-00139-CC-CCH | Life sentence from jury | 8 | 39 | 46 | 4/15/2008 | 12/2/2008 | 2/27/2012 |
| Burgos-Montes, Edison | D. PR No. 3:06-CR-00009-JAG-CVR | Life sentence from jury | 18 | 58 | 75 | 1/12/2006 | 6/27/2007 | 4/16/2012 |
| Merritt, Robert | E.D. PA No. 2:07-CR-00550-RBS | Acquittal | 23 | 20 | 43 | 4/8/2009 | 3/14/2011 | 11/6/2012 |
| Northington, Steven | E.D. PA No. 2:07-CR-00550-RBS | Life sentence from jury | 23 | 20 | 43 | 4/8/2009 | 3/14/2011 | 11/6/2012 |
| Savage, Kaboni | E.D. PA No. 2:07-CR-00550-RBS | Death Sentence - Clemency | 23 | 20 | 43 | 4/8/2009 | 3/14/2011 | 11/6/2012 |
| Candelario-Santana, Alexis | D. PR No. 3:09-CR-00427-JAF | Life Sentence Reversed - Life Sentence | 16 | 7 | 23 | 2/28/2011 | 7/8/2012 | 1/28/2013 |
| Casey, Lashaun | D. PR No. 3:05-CR-00277-JAG | Life sentence from jury | 23 | 67 | 90 | 8/17/2005 | 7/17/2007 | 2/4/2013 |
| Williams, Connell C. | W.D. OK No. 5:11-CR-00298-F | Guilty plea at trial | 7 | 10 | 17 | 9/7/2011 | 4/17/2012 | 2/11/2013 |
| Wilson, Ronell* | E.D. NY No. 1:04-CR-01016-NGG | Death Sentence Reversed - Death Sentence 2 - Intellectually Disabled | | | | 11/17/2004 | 8/2/2005 | 4/3/2013 |
| Jimenez-Bencevi, Xavier | D. PR No. 3:12-CR-00221-JAF | Life sentence from jury | 8 | 4 | 13 | 3/23/2012 | 12/7/2012 | 4/15/2013 |
| Abrar, Shani Nurani | E.D. VA No. 2:11-CR-00034-RBS-DEM | Life sentence from jury | 13 | 14 | 27 | 3/8/2011 | 4/17/2012 | 6/4/2013 |
| Beyle, Abukar Osman | E.D. VA No. 2:11-CR-00034-RBS-DEM | Life sentence from jury | 13 | 14 | 27 | 3/8/2011 | 4/17/2012 | 6/4/2013 |
| Salad, Ahmed Muse | E.D. VA No. 2:11-CR-00034-RBS-DEM | Life sentence from jury | 13 | 14 | 27 | 3/8/2011 | 4/17/2012 | 6/4/2013 |
| McCluskey, John Charles | D. NM No. 1:10-CR-02734-JCH | Life sentence from jury | 16 | 18 | 34 | 9/29/2010 | 1/26/2012 | 7/22/2013 |
| Williams, Naeem | D. HI No. 1:06-CR-00079-DAE | Life sentence from jury | 7 | 89 | 95 | 2/15/2006 | 9/8/2006 | 1/28/2014 |
| Torrez, Jorge Avila | E.D. VA No. 1:11-CR-00115-LO | Death Sentence - Clemency | 8 | 25 | 34 | 5/26/2011 | 2/9/2012 | 3/11/2014 |
| Coonce, Wesley Paul | W.D. MO No. 6:10-CR-03029-GAF | Death Sentence - Clemency | 16 | 33 | 49 | 4/7/2010 | 7/22/2011 | 4/28/2014 |
| Hall, Charles Michael | W.D. MO No. 6:10-CR-03029-GAF | Death Sentence - Clemency | 16 | 33 | 49 | 4/7/2010 | 7/22/2011 | 4/28/2014 |
| Sanders, Thomas Steven | W.D. LA No. 1:10-CR-00351-DDD-JDK | Death Sentence - Clemency | 20 | 25 | 45 | 11/18/2010 | 8/1/2012 | 8/18/2014 |
| Briseno, Juan | N.D. IN No. 2:11-CR-00077-PPS-APR | Life sentence from jury | 21 | 22 | 43 | 6/2/2011 | 3/6/2013 | 1/12/2015 |
| Tsarnaev, Dzhokhar | D. MA No. 1:13-CR-10200-GAO | Death Sentence - Death row - Appeal | 7 | 12 | 19 | 6/27/2013 | 1/30/2014 | 1/15/2015 |
| Sampson, Gary Lee* | D. MA No. 1:01-CR-10384-LTS | Death sentence - reversed - death sentence 2 - died before execution | | | | 10/24/2001 | 11/19/2002 | 9/14/2016 |
| Roof, Dylann Storm | D. SC No. 2:15-CR-00472-RMG | Death Sentence - Death row - 2255 | 10 | 6 | 16 | 7/22/2015 | 5/24/2016 | 11/28/2016 |
| Con-ui, Jessie | M.D. PA No. 3:13-CR-00123-ARC | Life sentence from jury | 15 | 31 | 46 | 6/25/2013 | 10/2/2014 | 4/24/2017 |
| Jones, Ulysses | W.D. MO No. 6:10-CR-03090-DGK | Life sentence from jury | 0 | 60 | 60 | 10/3/2012 | 10/4/2012 | 9/25/2017 |
| Cramer, Christopher Emory | E.D. TX No. 1:16-CR-00026-MAC-ZJH | Death Sentence - Clemency | 1 | 26 | 25 | 3/3/2016 | 2/4/2016 | 4/2/2018 |
| Fackrell, Ricky Allen | E.D. TX No. 1:16-CR-00026-MAC-ZJH | Death Sentence - Clemency | 0 | 25 | 25 | 3/3/2016 | 3/4/2016 | 4/2/2018 |
| Christensen, Brendt A. | C.D. IL No. 2:17-CR-20037-CSB-EIL | Life sentence from jury | 4 | 16 | 20 | 10/3/2017 | 1/19/2018 | 6/3/2019 |
| Council, Brandon Michael | D. SC No. 4:17-CR-00866-CRI | Death Sentence - Clemency | 6 | 18 | 24 | 9/20/2017 | 3/21/2018 | 9/9/2019 |
| Saipov, Sayfullo Habibullaevic* | S.D. NY No. 1:17-CR-00722-VSB | Life sentence from jury | | | | 11/21/2017 | 9/28/2018 | 10/11/2022 |
| Bowers, Robert* | W.D. PA No. 2:18-CR-00292-DWA | Death Sentence - Death row - Appeal | | | | 10/31/2018 | 8/26/2019 | 4/24/2023 |
| Note: * designates cases not included because of extended delay caused by either retrial or COVID. | | | | | | | | |
| | | | | | | | | |
| | | Average Months | 14 | 28 | 42 | | | |