IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS/ST. JOHN

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 3:23-CR-072-RAM-GAT |
| v. ) | |
| ) | |
| RICHARDSON DANGLEBEN, JR., ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the defendant's motion to strike the government's notice of intent to seek the death penalty, and the premises therein, and the Court being satisfied,

IT IS ORDERED that the Motion is _____.

Done at St. Thomas, U.S. Virgin Islands on this \_\_\_\_ day of June, 2025.

E N T E R

_____
CHIEF JUDGE ROBERT A. MOLLOY