# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:23-cr-0072 |
| ) | |
| **RICHARDSON DANGLEBEN, Jr.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER[1]

**BEFORE THE COURT** is Defendant Richardson Dangleben, Jr.'s Motion to Strike the Government's Notice of Intent to Seek the Death Penalty (ECF No. 179), filed June 20, 2025. The motion is fully briefed and ripe for adjudication. On August 5, 2025, Defendant Richardson Dangleben, Jr., filed a Motion to Submit Motion to Strike on the Pleadings – Unopposed (ECF No. 211), wherein he specifically moved for a ruling upon the briefs, "without oral argument" and "for the issuance of an order resolving that motion to strike as soon as possible, and if additional time is necessary, a memorandum opinion explaining the basis for the Court's decision can be filed at a later date." *Id*. at 2. Defendant further represented that the "government agrees that an expeditious ruling is beneficial to all parties and thus does not object to the relief requested in this motion." *Id.* The Court granted the motion by text-only order, entered August 6, 2025. *See* ECF No. 212.

Thus, having carefully reviewed the written submissions of the parties as well as the history and record of this case to date and upon careful consideration thereof, and, further,

---

[1] Pursuant to Defendant Richardson Dangleben, Jr.'s Motion to Submit Motion to Strike on the Pleadings – Unopposed (ECF No. 211), which the Court granted, the Court will issue a memorandum opinion outlining its reasons at a later date.

finding the opinions rendered in *United States v. Spurlock*, Case No. 3:23-cr-00022-MMD-CLB-1, 2025 U.S. Dist. LEXIS 89675 (D. Nev. May 9, 2025), and *United States v. Constanza-Galdomez*, Criminal Case No.: SAG-22-409, 2025 U.S. Dist. LEXIS 116725 (D. Md. June 18, 2025), well-founded and the reasoning therein persuasive, it is hereby

**ORDERED** that Defendant Richardson Dangleben, Jr.'s Motion to Strike Notice of Intent to Seek the Death Penalty, ECF No. 179, is **GRANTED**; it is further

**ORDERED** that the United States of America's Notice of Intent to Seek the Death Penalty, ECF No. 159, is **STRICKEN** from the record. The Government's Notice filed on February 7, 2024, ECF No. 47, wherein the Government unequivocally states that "the United States intends to proceed with either a non-capital trial or plea agreement in this matter and will not seek the death penalty for Richardson Dangleben, Jr.," will serve as the controlling document in this matter. Thus, this case will proceed as a non-death penalty case.

**Dated:** August 18, 2025                          */s/ Robert A. Molloy*
                                                   **ROBERT A. MOLLOY**
                                                   **Chief Judge**